**Dismiss and Opinion Filed October 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00443-CV

**WILLIE BROWN, RENATA JONES, AND/OR ALL OTHER OCCUPANTS, Appellants**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES IN ABS 2005-A, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES IN ABS 2005-A UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2005 ITS SUCCESSORS AND ASSIGNS, Appellee**

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-00495-2013**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Myers
Opinion by Justice FitzGerald

On July 2, 2013, the Court ordered appellants to pay for the clerk's record within ten days. We warned that failure to do so would result in dismissal of the appeal. *See* TEX. R. APP. P. 37.3(b). The Court now has before it the Collin County Clerk's October 16, 2013 request for an extension of time to file the clerk's record because appellants have not paid for the record. We deny the extension request as moot. We dismiss the appeal for want of prosecution. *See id.*

130443F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## **JUDGMENT**

WILLIE BROWN, RENATA JONES, AND/OR ALL OTHER OCCUPANTS, Appellants

No. 05-13-00443-CV     V.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES IN ABS 2005-A, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES IN ABS 2005-A UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2005 ITS SUCCESSORS AND ASSIGNS, Appellee

On Appeal from the County Court at Law No. 4, Collin County, Texas
Trial Court Cause No. 004-00495-2013.
Opinion delivered by Justice FitzGerald, Justices Francis and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal for want of prosecution. It is **ORDERED** that appellee Deutsche Bank National Trust Company, as Trustee of the Home Equity Mortgage Loan Asset-Backed Trust Series in Abs 2005-A, Home Equity Mortgage Loan Asset-Backed Certificates, Series in Abs 2005-A under the Pooling and Servicing Agreement Dated March 1, 2005 Its Successors and Assigns recover its costs of this appeal, if any, from appellants Willie Brown, Renata Jones, and/or all other occupants.

Judgment entered October 25, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE